UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ABRAHAM ALEJANDRO GONZALEZ
ALARCON,

      Petitioner,

v.                                No.15-cv-00910 MV/LF

ADRIAN P. MARCIAS, El Paso Field Office
Director, Immigration and Customs
Enforcement, and RONALD WARREN,
Assistant Field Officer Director, Immigration
and Customs Enforcement,

      Respondents.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the decision by the Tenth Circuit Court of Appeals vacating this Court's dismissal and remanding with instructions to dismiss Mr. Gonzalez-Alarcon's habeas petition without prejudice. *Gonzalez-Alarcon v. Macias*, *et al.*, No. 16-2263, --- F.3d ---, 2018 WL 1371203 (10th Cir. Mar. 19, 2018). Accordingly, the Court dismisses Mr. Gonzalez-Alarcon's petition without prejudice. As the Circuit Court outlines in its Opinion, Mr. Gonzalez-Alarcon may pursue judicial review of his citizenship claim in the Fifth Circuit.

DATED this 5th day of June, 2018.

                                          MARTHA VAZQUEZ
                                          United States District Judge